UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
SUGAR FOX 218, LLC,                 )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   C.A. No. 16-470 S
                                    )
GREYTHON CONSTRUCTION, LLC,         )
                                    )
        Defendant.                  )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

Defendant has requested that the Court dismiss this action or, in the alternative, transfer it to the District of Connecticut. (ECF No. 6.) Defendant's motion was referred to Magistrate Judge Lincoln D. Almond for a Report and Recommendation. Magistrate Judge Almond's Report and Recommendation recommended that Defendant's motion be denied. (ECF No. 13.) Defendant did not object to the Report and Recommendation[1], and instead submitted an Assented to Motion to Extend Time (ECF No. 15), requesting additional time to respond to the complaint so that the parties may first participate in mediation. The Report and Recommendation (ECF No. 13) is therefore ACCEPTED, Defendant's Motion to Dismiss (ECF No. 6) is

---

[1] Objections to a Report and Recommendation must be filed within fourteen days. See Fed. R. Civ. P. 72(b); LR Cv 72. Objections not filed within that timeframe are waived. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605 (1st Cir. 1980).

DENIED, and Defendant's Assented to Motion to Extend Time (ECF No. 15) is GRANTED. As requested, Defendant has until May 30 to respond to the Complaint.

IT IS SO ORDERED.

/s/ W E Smith
_____
William E. Smith
Chief Judge
Date: May 9, 2017